# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR104-MU |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | INDICTMENT |
| (23) PHILLIP BROWN | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order unsealing the indictment (as to PHILLIP BROWN, only) in the case numbered above; and

IT APPEARING to the Court that said the reasons for sealing the indictment (as to PHILLIP BROWN, only) no longer exist;

NOW, THEREFORE, IT IS ORDERED that the indictment in the above-numbered case be unsealed (as to PHILLIP BROWN, only).

This the 29th day of April, 2005.

Carl Horn, III
UNITED STATES MAGISTRATE JUDGE